

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00334-CV

**IN THE INTEREST OF A.G.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01507
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Debra O.'s parental rights is AFFIRMED. No costs of appeal are assessed against appellant because she qualifies as indigent.

Gerald Uretsky's motion to withdraw as counsel is GRANTED.

SIGNED December 10, 2014.

_____
Karen Angelini, Justice